```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GEORGE HEATH,
                                                              NOT FOR PUBLICATION
                    Plaintiff,                                **MEMORANDUM AND ORDER**
                                                              12-CV-1062 (CBA)
     -against-

WARNER BROS. ENTERTAINMENT INC.;
JEFF ROBINOV, President; and JEFFREY L.
BEWKES, Chairman of Board of Directors,

                    Defendants.
----------------------------------------------------------X
```
**AMON, United States District Judge:**

Plaintiff George Heath filed a request for certificate of default against defendants in the above-captioned action on April 30, 2012. On that same day, the Court issued a memorandum and order denying Heath leave to file his complaint in this action and, in any event, dismissing the action as precluded by prior litigation. Defendants were not in default at the time the Court dismissed this action. Heath's application is therefore denied.

SO ORDERED.

/s/
Carol B. Amon
Chief United States District Judge

Dated: Brooklyn, New York
       May 16, 2012